UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO ANDRES BELTRAN GARCIA,

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY,

Respondent.

No. 1:26-cv-06314-DAD-CKD

ORDER DIRECTING SUPPLEMENTAL BRIEFING

The court has reviewed petitioner's *pro se* petition for writ of habeas corpus (Doc. No. 1), petitioner's motion for temporary restraining order (Doc. No. 2), and respondent's motion to dismiss (Doc. No. 8). Petitioner alleges that his visa expires in 2029 and presents evidence in support of his motion which appears to be a photocopy of his United States visa with an expiration date of September 8, 2029. (Doc. No. 1 at 5, 28.) Meanwhile, respondent, the I-213, and the Notice to Appear state that petitioner's visa expired on April 20, 2022. (Doc. Nos. 1 at 23; 8 at 2, 7.) Accordingly, the court AUTHORIZES respondent to file supplemental briefing no later than August 20, 2026, addressing the expiration date of petitioner's visa and petitioner's evidence of an expiration date of September 8, 2029 (Doc. No. 1 at 28). Respondent is directed

/////

/////

to include a sworn statement of someone with personal knowledge in support of any claims made in that supplemental briefing.

IT IS SO ORDERED.

Dated: **August 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE